IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JAMES M. FOX,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No. 05-CV-815 NAM/GHL

**STIPULATION OF REMAND**

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 13 2006
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties in the above-entitled action that the final decision of the Secretary is reversed and the case is remanded for rehearing, pursuant to the fourth sentence of 42 U.S.C. § 405(g). The clerk is directed to enter judgment in this case.

Dated: April 12, 2006

                                     /s/Christopher J. Cadin
                                     Christopher J. Cadin, Esq.
                                     Legal Services of Central New York, Inc.
                                     Empire Building, suite 300
                                     472 South Salina Street
                                     Syracuse, New York 13202
                                     Attorney for Plaintiff

Dated: March 13, 2006

                                     GLENN T. SUDDABY
                                     United States Attorney
                                     P.O. Box 7198
                                     100 S. Clinton Street
                                     Syracuse, New York 13261-7198

                         By:    /S/ William H. Pease
                                William H. Pease - 102338
                                Assistant U.S. Attorney

**IT IS SO ORDERED.**

SO ORDERED:
Dated:
    Syracuse, New York

/s/ Norman A. Mordue
Norman A. Mordue
Chief Judge
Dated: April 13, 2006