# United States District Court

### Northern District of New York

# CIVIL JUDGMENT

**JAMES M. FOX**

                                        **Plaintiff**

                **VS.**                          **05-CV-815 (NAM) (GHL)**

**COMMISSIONER OF SOCIAL SECURITY**

                                        **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court.
      The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the final decision of the Secretary is REVERSED and the case is REMANDED for rehearing, pursuant to the fourth sentence of 42 USC section 405(g).  The Clerk is directed to enter judgment in this case.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue, dated the 13th day of April, 2006.

**APRIL 17, 2006**                                            **LAWRENCE K. BAERMAN**

_____      _____

**DATE**                                                        **CLERK OF COURT**

                                                                   **s/**

                                                                   _____

                                                                   **JOANNE BLESKOSKI**
                                                                   **DEPUTY CLERK**